## Charles B. BOWIE, Plaintiff–Appellant,

v.

## DEFENSE FINANCE AND ACCOUNTING SERVICE; HQ/AAFES/CM–G/RI, Defendants–Appellees.

### No. 03–1095.

United States Court of Appeals, Fourth Circuit.

Submitted April 16, 2003.

Decided May 2, 2003.

Charles B. Bowie, Appellant Pro Se.

Before WIDENER, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

### PER CURIAM.

Charles B. Bowie appeals the district court's order dismissing his complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have re-viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bowie v. Defense Finance,* No. CA–02–758 (E.D.Va. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*